# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00966-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

CLYDE HARVEY,

    Plaintiff,

v.

WELD COUNTY DISTRICT ATTY, and
WELD COUNTY SHERIFF,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff, Clyde Harvey, currently resides in Briggsdale, Colorado.  Mr. Harvey has submitted a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order.  Mr. Harvey will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Harvey files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __    is not submitted
(2)   __    is missing affidavit
(3)   __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __    is missing certificate showing current balance in prison account
(5)   __    is missing required financial information
(6)   __    is missing an original signature by the prisoner
(7)   __    is not on proper form (must use the court's current form)
(8)   __    names in caption do not match names in caption of complaint, petition or

|       |     | habeas application |
|-------|-----|--------------------|
| (9)   | __  | An original and a copy have not been received by the court. Only an original has been received. |
| (10)  | _X_ | other:  <u>The last page of the § 1915 Court-approved form is missing; form must be signed and notarized or certified pursuant to 28 U.S.C. § 1746.</u> |

**Complaint, Petition or Application**:
- (11)  __  is not submitted
- (12)  __  is not on proper form (must use the court's current form)
- (13)  __  is missing an original signature by the prisoner
- (14)  __  is missing page nos. ___
- (15)  __  uses et al. instead of listing all parties in caption
- (16)  __  An original and a copy have not been received by the court.  Only an original has been received.
- (17)  __  Sufficient copies to serve each defendant/respondent have not been received by the court.
- (18)  __  names in caption do not match names in text
- (19)  __  other:

Accordingly, it is

ORDERED that the Mr. Harvey cure the deficiency designated above **within thirty days from the date of this Order**.  Any papers that Mr. Harvey files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Mr. Harvey shall obtain the Court-approved form used in filing a Complaint and a 28 U.S.C. § 1915 Motion and Affidavit, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if he fails to cure the designated deficiency **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED April 12, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge